649 S.E.2d 485
**Teresa A. BASS, Respondent,**
v.
**ISOCHEM and St. Paul & Marine Insurance Co., Petitioners.**
No. 26368.
Supreme Court of South Carolina.
Heard June 5, 2007.
Filed Aug. 6, 2007.

Stanford E. Lacy and Rebecca C. Kirkland, of Collins & Lacy, of Columbia, for petitioners.

David Benson, of Elrod Jones Leader & Benson, of Rock Hill, for respondent.

PER CURIAM.

We granted a writ of certiorari to review the Court of Appeals' decision in *Bass v. Isochem,* 365 S.C. 454, 617 S.E.2d 369 (Ct.App.2005). After careful consideration, we dismiss the writ as improvidently granted.

TOAL, C.J., MOORE, BURNETT, PLEICONES, JJ., and Acting Justice ARTHUR E. MOREHEAD, III, concur.